**IRS** Department of the Treasury
Internal Revenue Service
401 W PEACHTREE ST, NW
Stop: 334-D
ATLANTA, GA 30308-3539

**Chapter and Case Number:**
11 10-21037-JSD
**Person to Contact:**
GLORIA RAYFORD
**Contact Telephone Number:**
(404) 338-8153
**Employee Fax Number:**
(404) 338-8073
**Employee Identification Number:**
0244733

Date: February 10, 2011

JOHN S. DALIS
U.S. BANKRUPTCY COURT
125 BULL STREET ROOM 212
SAVANNAH, GA 31401

Claim #1
$3600.00

Debtor: SEA ISLAND RESORT RESIDENCES LLC.
Bankruptcy Filed August 10, 2010

This is to certify that the records of the Internal Revenue Service reflect that the taxpayer was not liable for the amount shown on the Proof of Claim filed on behalf of the Internal Revenue Service on 10/20/2010 and the claim is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ ANNE G PIPPIN
Sup Bankruptcy Specialist

cc: SEA ISLAND RESORT RESIDENCES LLC.
    ROBERT M CUNNINGHAM

ACKNOWLEDGED

2011 FEB 14 AM 11:19
U.S. BANKRUPTCY COURT
SAVANNAH, GA
SAMUEL L. KAY, CLERK
FILED

Letter 3931CG (11-2004)
Catalog Number 38952B